IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN MILLER & BILL WARREN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | MISC. ACTION NO. 10-0008-CG-C |
| ) | |
| WILLIAM MICHAEL STEVENS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the motion to condemn and pay garnishment funds received from Garnishee, Blue Cross and Blue Shield of Alabama, filed by the plaintiffs on May 30, 2013 (Doc. 111).

Upon due consideration, the motion is hereby **GRANTED**.

Therefore it is **ORDERED** that the garnished funds deposited with the court by Blue Cross and Blue Shield of Alabama in this matter to date are hereby condemned, and the Clerk of Court is directed to disburse said funds to counsel for the plaintiffs, Lee R. Benton of Benton & Centeno, LLP, 2019 Third Avenue North, Birmingham, Alabama 35203.

It is further **ORDERED** that any future funds received from Garnishee, Blue Cross and Blue Shield of Alabama, shall be deemed condemned once the funds clear the appropriate banking restrictions, and the Clerk of Court is directed to disburse said funds to plaintiffs' counsel at the aforementioned address.

**DONE and ORDERED** this 31st day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE